UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL KEATING** ) | Case Number: 09-1607 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **REDLINE RECOVERY SERVICES, LLC** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 13th day of April, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

                              Warren & Vullings, LLP

                    BY: /s/ *Brent F. Vullings*
                          Brent F. Vullings, Esquire
                          Attorney for Plaintiff

                              Maurice & Needleman, P.C.

                    BY: */s/ Joann Needleman*
                          Joann Needleman, Esquire
                          Attorney for Defendant